District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEI BAI,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-01196-RSM<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>August 27, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 60 days. Plaintiff brings this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling U.S. Citizenship and Immigration Services ("USCIS") to complete processing of his Form I-485, Application to Register Permanent Residence or Adjust Status. This litigation was recently transferred to this District from the District of Columbia. *See* Dkt. No. 7. Good cause exists to hold this case in abeyance.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO HOLD IN ABEYANCE
[Case No. 2:24-cv-01196-RSM] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. On July 31, 2024, USCIS interviewed Plaintiff and issued a Request for Evidence ("RFE"). USCIS needs additional time to review the RFE response and then continue processing Plaintiff's Form I-485. Accordingly, the parties request this Court to hold the case in abeyance until October 26, 2024. The parties will submit a joint status report on or before October 26, 2024.

DATED this 27th day of August, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | JEELANI LAW FIRM, PLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Sadaf. F. Ahmed*<br>SADAF F. AHMED, IN #36687-49<br>9511 Angola Court<br>Indianapolis, Indiana 46268<br>Phone: (312) 767-9030<br>Email:  sadaf@jeelani-law.com |

*Attorneys for Defendants*

**I certify that this memorandum contains 245 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION TO HOLD IN ABEYANCE
[Case No. 2:24-cv-01196-RSM] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until October 26, 2024.  The parties shall submit a joint status report on or before October 26, 2024.  It is so **ORDERED**.

DATED this 9th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO HOLD IN ABEYANCE
[Case No. 2:24-cv-01196-RSM] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800